IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| LORI PIPER, on behalf of JAMES R. PIPER, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 18-cv-03249 ) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 21).  Magistrate Judge Schanzle-Haskins recommends that this Court: (1) grant Plaintiff Lori Piper's Motion for Summary Judgment (d/e 13); (2) deny Defendant Commissioner's Motion for Summary Affirmance (d/e 18); and (3) reverse and remand pursuant to 42 U.S.C. § 405(g) sentence four the decision of the Commissioner.  On February 5, 2020, Defendant filed Objections to the Report and Recommendation (d/e 22).  On February 18, 2020, Plaintiff filed a response to Defendant's Objections (d/e 23).

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has thoroughly reviewed Magistrate Judge Schanzle-Haskins' Report and Recommendation, Defendant's objections to the Report and Recommendation, and Plaintiff's response to Defendant's objections. Applying a de novo review, the Court agrees with Magistrate Judge Schanzle-Haskins' recommendations and the analysis underlying those recommendations.

It is, therefore, ORDERED:

(1) **The Report and Recommendation of United States Magistrate Judge Tom Schanzle-Haskins (d/e 21) is ACCEPTED and ADOPTED.**

(2) **Defendant's Objections to Magistrate Judge's Report and Recommendation (d/e 22) are OVERRULED.**

(3) **Plaintiff's Motion for Summary Judgment (d/e 13) is GRANTED.**

(4) **Defendant's Motion for Summary Affirmance (d/e 18) is DENIED.**

**(5) The decision of the Commissioner is REVERSED and REMANDED pursuant to 42 U.S.C. § 405(g) sentence four.**

**(6) THIS CASE IS CLOSED.**

ENTER: April 1, 2020

*/s/ Sue E. Myerscough*
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE